UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-mj-695 |
| Plaintiff, | ORDER |
| v. | |
| Hyrum VAZQUEZ-TERRONES | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is A 089 836 898.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), _____, Nevada.

DATED this 6th of September, 2022.

_____

UNITED STATES MAGISTRATE JUDGE

DANIEL J. ALBREGTS
U.S. MAGISTRATE JUDGE